*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STUART HAENEL, | CASE NO.: CV 10-4721-GW(JCGx) |
| *Plaintiff,* | **ORDER OF DISMISSAL** |
| vs. | |
| THE SYLVAN HAENEL AND BEATRICE 1984 TRUST DATED 12/17/84, et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that all claims are dismissed with prejudice, with the parties to bear their respective costs, including possible attorney's fees and other expenses of litigation.

DATED: May 21, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1